IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

LUCILLE JANET CARTER,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED.

    Appellant,

v.

CASE NO. 1D14-4292

DEPARTMENT OF HEALTH,

    Appellee.

_____/

Opinion filed December 9, 2014.

An appeal from an order of the Florida Department of Health.
Joe R. Baker, Jr., Executive Director.

Terry D. Bork of the Law Offices of Terry Bork, Jacksonville, for Appellant.

Therese A. Savona, Chief Appellate Counsel, Department of Health, Tallahassee, for Appellee.


PER CURIAM.

Upon consideration of the appellee's confession of error, the final order of the Florida Department of Health Board of Nursing revoking the appellant's nursing license is REVERSED and this matter is REMANDED to the Board for further proceedings.  See Butler v. State Bd. of Nursing, 107 So. 3d 1184 (Fla. 1st DCA 2013).

WOLF, CLARK, and SWANSON, JJ., CONCUR.